HOPKINSON-BERGEN COMPANY, Appellant, v. 108–114 PARK PLACE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

CATHERINE GRIPPEN, an Infant, by HENRY GRIPPEN, Her Guardian ad Litem, Respondent, v. F. W. WOOLWORTH COMPANY, Defendant, Impleaded with REID ICE CREAM COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

WENTZ COMPANY, Respondent, v. CHEMUNG IRON & STEEL CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

GOLDEN COMPANY, Respondent, v. JACOB MATTHES & CO., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

BRENDAN REALTY COMPANY, INC., Appellant, v. MINNA G. GODDARD, Individually and as Executrix, etc., of FREDERIC N. GODDARD, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

J. W. BISHOP COMPANY, Respondent, v. INDIANA FLOORING COMPANY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

JOSEPH J. MARGOLIN, Appellant, v. MORRIS WIENER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.; Dowling and Martin, JJ., dissent.

WALTER L. BRYANT, Trustee in Bankruptcy of KREMO-LAC CO., INC., Respondent, v. HENRY CHORASCH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.; Merrell, J., dissents.

JACOB STIEFEL, as Administrator, etc., of EDNA STIEFEL, Deceased, Respondent, v. JOHN MURPHY, Defendant, Impleaded with THE EBLING BREWING COMPANY, INC., Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,506.56; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.; Merrell, J., dissents and votes for reversal on the ground that it does not appear that the structure in question was a proximate cause of the injuries sustained by the plaintiff's intestate, and upon the further ground that the court erred in refusing to grant the application to withdraw a juror upon proofs being given that the structure was removed after the accident and before the trial.

SIGMUND KRAUTER, Respondent, v. PACIFIC TRADING CORPORATION OF AMERICA, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.